IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 07-591 |
| | : | |
| v. | : | CIVIL ACTION No. 10-5242 |
| | : | |
| JOHN RENZI | : | |

# **ORDER**

AND NOW, this 2nd day of January, 2013, it is ORDERED:

1. Renzi's Motion to Vacate, Set Aside or Correct the Conviction and Sentence pursuant to 28 U.S.C. § 2255 (Document 51) is DENIED;

2. There is no probable cause to issue a certificate of appealability; and

3. The Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.